IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KERRIE J. VARLEY, | |
|---|---|
| Plaintiff, | 8:20CV374 |
| vs. | ORDER |
| ANDREW M. SAUL, Commissioner of Social Security; | |
| Defendant. | |

IT IS ORDERED that Defendant's motion to strike and motion for leave to refile (Filing 25) is granted in all respects. The clerk of the court is directed to strike Filing 24 from the court file.

Dated this 26th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge